UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ROBERT A. BLACK, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. _____ |
| JAMES MADDEROM, JAMIE COWLING, and JOHN DOES Nos. 1 through 5. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants James Madderom and Jamie Cowling ("Defendants"), by their attorneys Carroll & Weiss LLP, hereby gives notice of the removal of this civil action from the Superior Court of Greene County, Georgia, to the United States District Court for the Middle District of Georgia, Athens Division. In support of this Notice of Removal, Defendants state as follows:

1. On or about December 10, 2021, Plaintiff Robert A. Black, Jr. ("Black") commenced this civil action against Defendants in the Superior Court of Greene County, Georgia, entitled *Robert A. Black, Jr. v. James Madderom, Jamie Cowling, and John Does Nos. 1 through 5*, Civil Action File No. 2021-CV-000236 (the "State Court Action").

2. Without waiving any defenses, including any defenses regarding service of process (or lack thereof), James Madderom was served with and received notice of this action on January 12, 2022. Declaration of James Madderom ¶ 3 ("Madderom Decl.").

1

3. Without waiving any defenses, including any defenses regarding service of process (or lack thereof), Jamie Cowling received a copy of the Summons and Complaint on January 12, 2022. Declaration of Jamie Cowling ¶ 3 ("Cowling Decl.").

4. This Notice of Removal is being filed within thirty (30) days of January 12, 2022.

5. As required by 28 U.S.C. § 1446(a), copies of all papers filed in the State Court Action that are in the possession of Defendants are listed here and are attached as Exhibit A.

6. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because: (1) the amount in controversy more likely than not exceeds $75,000; and (2) this civil action is between citizens of different states.

7. Black alleges that he is a resident of Greene County, Georgia and is thus a citizen of Georgia. *See* Ex. A, ¶ 1.

8. Defendants Jim Madderom and Jamie Cowling are not citizens of Georgia. *Id.* ¶¶ 2-3.

9. James Madderom and Jamie Cowling currently reside in Green Bay, Wisconsin and are citizens of Wisconsin. Madderom Decl. ¶ 2; Cowling Decl. ¶ 2.

10. For diversity of citizenship purposes, the citizenship of John Doe or fictitious defendants is not considered. 28 U.S.C. § 1441(b)(1).

11. Accordingly, the controversy in the action is wholly between citizens of different states. Black is a citizen of Georgia and Defendants are citizens of Wisconsin.

12. A district court has original diversity jurisdiction where "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a).

46784566v2

13. "A court's analysis of the amount-in-controversy requirement focuses on how much is in controversy at the time of removal, not later." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 751 (11th Cir. 2010).

14. "If a plaintiff makes 'an unspecified demand for damages in state court, a removing defendant must prove by a preponderance of the evidence that the amount in controversy more likely than not exceeds the . . . jurisdictional requirement.'" *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1061 (11th Cir. 2010) (citation omitted).

15. Here, Black's claimed damages more likely than not exceed $75,000.

16. Black purports to seek relief related to alleged ownership of an entity called Mammoth Nation, LLC. *See generally* Ex. A.

17. Specifically, Black brings claims of Breach of Fiduciary Duty, Breach of Partnership, and Fraud against Madderom, and Civil Conspiracy and Attorneys' Fees against all Defendants. *See generally id.*, ¶¶ 30–63.

18. Black, who claims he is a "50/50 owner" in the entity Mammoth Nation, LLC, *id.* ¶ 7, is seeking monetary damages related to each of the above-referenced claims. *Id.* ¶¶ 30–63.

19. A reasonable estimate of the value of Mammoth Nation, LLC exceeds $75,000, and in fact exceeds $150,000. Cowling Decl. ¶ 5.

20. Thus, it is more likely than not that Black, who is seeking damages related to his purported 50/50 ownership in Mammoth Nation, is seeking monetary damages in excess of $75,000.

21. Black is also seeking punitive damages as part of his Breach of Fiduciary Duty, Fraud and Civil Conspiracy claims. *Id.* ¶¶ 39, 51, 61.

22. "When determining the jurisdictional amount in controversy in diversity cases, punitive damages must be considered, unless it is apparent to a legal certainty that such cannot be recovered." *Holley Equip. Co. v. Credit All. Corp.*, 821 F.2d 1531, 1535 (11th Cir. 1987) (citations omitted).

23. Under Georgia law, a plaintiff may recover up to $250,000 in punitive damages. Ga. Code Ann. § 51-12-5.1(g).

24. There is nothing in the Complaint that suggests Black is seeking to limit his potential punitive damages. *See generally* Ex. A.

25. Therefore, the amount in controversy, excluding fees and costs, more likely than not exceeds $75,000.

26. Venue of this removal is proper under 28 U.S.C. § 1441(a) because the United States District Court for the Middle District of Georgia is the federal district court for the district embracing Greene County, Georgia.

27. The State Court Action may be removed to this Court by Defendants in accordance with the provisions of 28 U.S.C. § 1441(a) and (b) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Middle District of Georgia; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000, exclusive of interest and costs.

28. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to all counsel of record, and a Notice of Filing Notice of Removal has been simultaneously filed with the Superior Court of Greene County, Georgia.

WHEREFORE, Defendants hereby removes the above-captioned action from the Superior Court of Greene County, Georgia, and a Notice of Filing Notice of Removal has been

simultaneously filed with the Superior Court of Greene County, Georgia and requests that further proceedings be conducted in this Court as provided by law.

Dated this 10th day of February, 2022.

Respectfully submitted,

Michael Weiss
Ga. Bar No. 746494
CARROLL & WEISS LLP
2870 Peachtree Road, Suite 193
Atlanta, Georgia 30305
Telephone: (404) 668-4063
mweiss@carrollweiss.com

*Attorneys for Defendants James Madderom and Jamie Cowling*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2022, I served the foregoing Notice of Removal via email on counsel for all parties of record:

Stephen Parham
sparham@bloom-law.com
Benjamin Dell'Orto
bdellorto@bloom-law.com
Bloom Parham, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306

Michael Weiss

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| ROBERT A. BLACK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. _____ |
| JAMES MADDEROM, JAMIE | ) | |
| COWLING, and JOHN DOES Nos. 1 | ) | |
| through 5. | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JAMIE COWLING

Pursuant to 28 U.S.C. § 1746, I, Jamie Cowling, under penalty of perjury under the laws of the United States of America, declare and state as follows:

1. I am a defendant named in lawsuit commenced by Robert A. Black, Jr. in the Superior Court of Greene County, Georgia, entitled *Robert A. Black, Jr. v. James Madderom, Jamie Cowling, and John Does Nos. 1 through 5*, Civil Action File No. 2021-CV-000236 (the "Action"). I have personal knowledge of the facts stated herein and base this declaration on my personal experiences and observations.

2. I currently reside in Green Bay, Wisconsin.

3. I received a copy of the Summons and Complaint in the Action on January 12, 2022.

4. I am the sole member of Mammoth Nation, LLC, a Delaware limited liability company.

5. A reasonable estimate of the value of Mammoth Nation, LLC exceeds $150,000.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 9th day of February, 2022.

_____
Jamie Cowling

46791810

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| ROBERT A. BLACK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. _____ |
| JAMES MADDEROM, JAMIE COWLING, and JOHN DOES Nos. 1 through 5. | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JAMES MADDEROM

Pursuant to 28 U.S.C. § 1746, I, James Madderom, under penalty of perjury under the laws of the United States of America, declare and state as follows:

1. I am a defendant named in lawsuit commenced by Robert A. Black, Jr. in the Superior Court of Greene County, Georgia, entitled *Robert A. Black, Jr. v. James Madderom, Jamie Cowling, and John Does Nos. 1 through 5*, Civil Action File No. 2021-CV-000236 (the "Action"). I have personal knowledge of the facts stated herein and base this declaration on my personal experiences and observations.

2. I currently reside in Green Bay, Wisconsin.

3. I was served with the Summons and Complaint in the Action on January 12, 2022.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 9th day of February, 2022.

_____
James Madderom

46791796